UNITED STATES COURTS FOR THE NINTH CIRCUIT

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Howard McKibben**, United States Senior District Judge for the District of Nevada to perform the duties of United States District Judge temporarily for the Eastern District of California for the specific case *Fresno JetProp, LLC v. Western Aircraft, Inc.*, Case No. 1:12-cv-01195.

July 27, 2012

_____
Alex Kozinski
Chief Judge

cc:   Hon. Howard McKibben
      Hon. Robert Clive Jones, Chief Judge, District of Nevada
      Hon. Anthony Ishii, Chief Judge, Eastern District of California
      Lance Wilson, Clerk of Court, District of Nevada
      Victoria Minor, Clerk of Court, Eastern District of California