1

2

3

4

5

6

7

8

9

10

11                          **UNITED STATES DISTRICT COURT**

12                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14  FRESNO JETPROP, LLC,                    )        1:12-cv-01195-HDM
                                            )
15              Plaintiff,                  )
                                            )        ORDER
16  vs.                                     )
                                            )
17  WESTERN AIRCRAFT, INC., PILATUS         )
    BUSINESS AIRCRAFT LTD, and              )
18  HONEYWELL INTERNATIONAL, INC.,          )
                                            )
19              Defendants.                 )
    _____)
20
        The hearing set for September 24, 2012, is hereby **VACATED.**
21
        **IT IS SO ORDERED.**
22
        DATED: This 8th day of August, 2012.
23

24

25                                          _____
                                            UNITED STATES DISTRICT JUDGE
26

27

28