**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRESNO JETPROP, LLC, | ) | 1:12-cv-01195-HDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WESTERN AIRCRAFT, INC., PILATUS BUSINESS AIRCRAFT LTD, and HONEYWELL INTERNATIONAL, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The hearing set for September 24, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

DATED: This 8th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE