1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

14   FRESNO JETPROP, LLC,                )      1:12-cv-01195-HDM
                                         )
15                  Plaintiff,           )
                                         )      ORDER
16   vs.                                 )
                                         )
17   WESTERN AIRCRAFT, INC., PILATUS     )
     BUSINESS AIRCRAFT LTD, and          )
18   HONEYWELL INTERNATIONAL, INC.,      )
                                         )
19                  Defendants.          )
     _____)
20
        Pursuant to the parties' stipulation (#17), the parties shall
21
have up to and including October 10, 2012, in which to file
22
dispositional documents in this action.
23
        **IT IS SO ORDERED.**
24
        DATED: This 10th day of September, 2012.
25

26                          *Howard D McKibben*

27                          _____
                            UNITED STATES DISTRICT JUDGE
28