**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRESNO JETPROP, LLC, | 1:12-cv-01195-HDM |
| Plaintiff, | |
| vs. | ORDER |
| WESTERN AIRCRAFT, INC., PILATUS BUSINESS AIRCRAFT LTD, and HONEYWELL INTERNATIONAL, INC., | |
| Defendants. | |

Pursuant to the parties' stipulation (#17), the parties shall have up to and including October 10, 2012, in which to file dispositional documents in this action.

**IT IS SO ORDERED.**

DATED: This 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE