1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

12

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

13
14

FRESNO JETPROP, LLC,                    )        1:12-cv-01195-HDM
                                        )
15
                    Plaintiff,          )
                                        )        ORDER
16
vs.                                     )
                                        )
17
WESTERN AIRCRAFT, INC., PILATUS         )
BUSINESS AIRCRAFT LTD, and              )
18
HONEYWELL INTERNATIONAL, INC.,          )
                                        )
19
                    Defendants.         )
_____)
20
21
        Pursuant to the parties' stipulation (#20), the parties shall

22
have up to and including November 10, 2012, in which to file

23
dispositional documents in this action.

24
        **IT IS SO ORDERED.**

25
        DATED: This 10th day of October, 2012.

26
27
                        _____
                        UNITED STATES DISTRICT JUDGE

28