1
2
3
4
5
6
7
8
9
10
11                    **UNITED STATES DISTRICT COURT**

12            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14  FRESNO JETPROP, LLC,                    )        1:12-cv-01195-HDM
                                            )
15                  Plaintiff,              )
                                            )        ORDER
16  vs.                                     )
                                            )
17  WESTERN AIRCRAFT, INC., PILATUS         )
    BUSINESS AIRCRAFT LTD, and              )
18  HONEYWELL INTERNATIONAL, INC.,          )
                                            )
19                  Defendants.             )
    _____    )
20
        Pursuant to the parties' stipulation (#20), the parties shall
21
    have up to and including November 10, 2012, in which to file
22
    dispositional documents in this action.
23
        **IT IS SO ORDERED.**
24
        DATED: This 10th day of October, 2012.
25

26                          _Howard D M°Kibben_

27                          _____
                            UNITED STATES DISTRICT JUDGE
28