**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRESNO JETPROP, LLC, | ) | 1:12-cv-01195-HDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WESTERN AIRCRAFT, INC., PILATUS BUSINESS AIRCRAFT LTD, and HONEYWELL INTERNATIONAL, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the parties' stipulation (#22), the parties shall have up to and including December 10, 2012, in which to file dispositional documents in this action.

**IT IS SO ORDERED**.

DATED: This 13th day of November, 2012.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE