UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| FRESNO JETPROP, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WESTERN AIRCRAFT, INC., a Nevada corporation; PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation; and HONEYWELL INTERNATIONAL, INC., a Delaware corporation and DOES 1-40, inclusive,<br><br>　　　　Defendants. | No. 1:12-cv-1195 HDM<br>ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON |

　　　　The parties hereto, by and through their attorneys of record, hereby stipulate and agree to the filing of the Compromise Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") in this case under seal pursuant to protective order.

　　　　The information contained in the Settlement Agreement is confidential due to the fact that it involves private and non-public information that the parties have agreed to maintain

{7215/003/00384646.DOC }　　　　　　1
**STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON**

1  as confidential, non-public information. Due to the fact that
2  the parties have requested, in the Settlement Agreement, that
3  this court retain jurisdiction over the Settlement Agreement
4  should any disputes arise therefrom, and the signature of the
5  court is requested thereon, the parties request that the
6  agreement be filed under seal pursuant to protective order.

7  DATED: December 10, 2012.

                                    **WANGER JONES HELSLEY PC**

                                    By    /s/ Oliver W. Wanger
                                        Oliver W. Wanger
                                        Attorneys for Plaintiff
                                        **FRESNO JETPROP, LLC**

12 So stipulated.
13 DATED: December 10, 2012.

                                    **HAWLEY TROXELL ENNIS & HAWLEY LLP**

                                    By    /s/ Eugene A. Ritti
                                        Eugene A. Ritti
                                        Attorneys for Defendant
                                        **WESTERN AIRCRAFT, INC.**

17 So stipulated.
18 DATED: December 10, 2012.

                                    **FISHMAN LARSEN GILDRING & ZEITLER**

                                    By    /s/ Douglas M. Larsen
                                        Douglas M. Larsen
                                        Attorneys for Defendant
                                        **PILATUS**

23 So stipulated.
24 DATED: December 10, 2012.

                                    **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH**

                                    By    /s/ Greg Mason
                                        Greg Mason
                                        Attorneys for Defendant
                                        **HONEYWELL INTERNATIONAL, INC.**

## ORDER

The Compromise Settlement Agreement and Mutual Release of Claims shall be filed under seal.

IT IS SO ORDERED.

DATED: This 17th day of December, 2012.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE