UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| FRESNO JETPROP, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>WESTERN AIRCRAFT, INC., a Nevada corporation; PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation; and HONEYWELL INTERNATIONAL, INC., a Delaware corporation and DOES 1-40, inclusive,<br><br>          Defendants. | No. 1:12-cv-1195 HDM<br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON |

The parties hereto, by and through their attorneys of record, hereby stipulate and agree to the dismissal of this action, in its entirety, with prejudice. The Notice of Settlement of this case was filed with the Court August 9, 2012. Pursuant to the stipulation of the parties, the fully executed Compromise Settlement Agreement and Mutual Release of Claims is being submitted herewith under seal to be signed by the Court approving the Settlement Agreement and requesting

jurisdiction be expressly reserved over the enforcement of the terms of the Settlement Agreement.

DATED:   December 10, 2012.

**WANGER JONES HELSLEY PC**

By_____/s/ Oliver W. Wanger_____
    Oliver W. Wanger
    Attorneys for Plaintiff
    FRESNO JETPROP, LLC

So stipulated.

DATED:   December 10, 2012.

**HAWLEY TROXELL ENNIS & HAWLEY LLP**

By_____/s/ Eugene A. Ritti_____
    Eugene A. Ritti
    Attorneys for Defendant
    WESTERN AIRCRAFT, INC.

So stipulated.

DATED:   December 10, 2012.

**FISHMAN LARSEN GOLDRING & ZEITLER**

By_____/s/ Douglas M. Larsen_____
    Douglas M. Larsen
    Attorneys for Defendant
    PILATUS

So stipulated.

DATED:   December 10, 2012.

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH**

By_____/s/ Greg Mason_____
    Greg Mason
    Attorneys for Defendant
    HONEYWELL INTERNATIONAL, INC.

## ORDER

This action is hereby DISMISSED WITH PREJUDICE in its entirety.

IT IS SO ORDERED.

DATED: This 17th day of December, 2012.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE